IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. <br> d/b/a IOU FINANCIAL, INC. <br><br> Plaintiff, <br> vs. <br><br> CHARLTON ENTERPRISES, INC. et al <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO.: 4:19-cv-157 (CDL) |

**PLAINTIFF'S MOTION RECONSIDER ALTER/AMEND**
**ORDER [DOC 27] AND TO DISMISS**

IOU moves to reconsider/alter or amend the Order [Doc 27] dismiss this case, as follows:

1. IOU filed suit on 9/20/19 [Doc 1] as to the current Defendants, who never raised any affirmative defense of venue per Fed. R. Civ. P. 12.

2. IOU's Complaint alleges that the Note and Guarantees at issue stipulate to Georgia law and venue for their enforcement. [Doc 1, Complaint ¶ 16-18]

3. The Note and Guaranty at issue provide for enforcement in Cobb County, located in the Northern District of Georgia, Atlanta Division.

4. IOU filed this case in the Court, which has a smaller caseload than the Northern District and can quickly process summons, although IOU has not filed cases here since January.

5. However, the Current National Emergency will make it difficult to bring IOU's staff to the Court in the event a hearing is required on damages.

6 IOU moves to dismiss this case without prejudice per Fed. R. Civ. P. 41.

7. The Court cannot *sua-sponte* invoke the affirmative, defense of venue, <u>waived by failure to plead the defense and waived in the Case Management Order [Doc 25-26]</u>. requiring

reconsideration, altering or amending its order. [Doc 27]

8. IOU's counsel will email a proposed order to chambers, a precise copy of which is attached as **Exhibit 1**.

## MEMORANDUM

The Court is requested to take judicial notice of these matters per Fed. R. Evid. 201, including the cases cited. The Court may properly take judicial notice of court documents from other cases, such as *IOU v. ACRA*, 4:19-CV-177, a factually similar one*. **Collett v. Olympus Optical**,* LEXIS 208463 *4-6, WL 6517442 (M.D. Ga. 2018) *citing* **Horne v. Potter**, 392 F. App 802 (11th Cir. 2010) (per curiam) [court properly took judicial notice of court documents from plaintiff's first discrimination action to determine if her second action was barred by res judicata]

**I.     Defendants waived the Defense of Venue which the Court cannot invoke.**

Venue is a defense that must be raised or is otherwise waived by a *defendant* per Fed. R. Civ. P. 8 and 12 (h) and cannot be raised *sua-sponte* by the Court. **Aero Techs v. Lockton**, 406 Fed. Appx. 440-441 (11th Cir. 2010)  ["Having found no case law to support [defendant's] claim that a court may step in and negate a defendant's decision to waive venue, we reverse the district court's *sua sponte* dismissal of [plaintiff's] claims against [defendant] for improper venue and remand this case for further proceedings consistent with this opinion."] citing **Lipoftky v. N.Y State Workers**, 861 F.2d 1257, 1258 (11th Cir. 1988) ["*In the absence of a waiver*, a district court may raise on its own motion an issue of defective venue. . ."] Therefore, the Court may not *sua-sponte* transfer the case and its Order [Doc 27] should be vacated per Fed. R. Civ. P. 59/60.

**II.    The Case Should be Dismissed.**

The National Emergency presently impedes prosecution of this case, as the Defendants are in Texas. Accordingly, IOU moves to dismiss this case without prejudice and without

conditions, done recently did in another case.  **_A.H. v. Callaway_**, LEXIS 22273 (M.D. Ga. 2020)

## CONCLUSION

Plaintiff respectfully requests the Court reconsider, alter or amend the Order [Doc 27 and dismiss the case without prejudice.

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed ECF on the below date, sending ECF notice to opposing counsel of record.

Respectfully submitted this 14th day of May 2020.

        By:    _/s/Paul G. Wersant_
               Paul G. Wersant
               Georgia Bar No. 748341
               3245 Peachtree Parkway, Suite D-245
               Suwanee, Georgia 30024
               Telephone: (678) 894-5876
               Email: pwersant@gmail.com
               Attorney for Plaintiff